No. 95–9351. KNEELAND *v.* UNITED STATES ET AL. C. A. 1st Cir. Motion of petitioner for leave to amend petition for writ of

certiorari denied.   Certiorari denied.